IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PAULA KAY WHITE                                                                     PLAINTIFF

     v.                           CIVIL NO. 05-5100

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                      DEFENDANT

**O R D E R**

On this 21st day of September 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on August 28, 2006, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2,261.26, representing 15.90 hours of work at a rate of $125.00 per hour and $273.76 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

     IT IS SO ORDERED.

                                                    /S/JIMM LARRY HENDREN
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE